# E.

## Case No. 18,293.
### EASBY et al. v. EASBY.
[2 Hayw. & H. 207.][1]

Circuit Court, District of Columbia.    June 13, 1856.

#### EXECUTORS—RENOUNCING.

An executor could renounce his right as executor after acting as such, and be relieved from his responsibility.

At law. This was an appeal from the orphans' court, growing out of the will of William Easby. Among the questions decided by Judge Purcell was that the widow of William Easby and executrix, associated with others as executors of her husband's will, could join in letters testamentary with the executors, and after acting with them for several months renounce her right as executrix and be released from her responsibility as such.

Webb & Carlisle, for appellant.
J. H. Bradley, for appellee.

THE CIRCUIT COURT affirmed above decision.